UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALEXANDER AGREDA, ET AL.,<br>Plaintiff | CIVIL ACTION NO.<br>3:14-CV-470-JCH |
| v.<br>A BETTER WAY WHOLESALE AUTOS, INC.<br>AND WELLS FARGO BANK, N.A. D/B/A<br>WELLS FARGO DEALER SERVICES<br>Defendants | July 16, 2014 |

## AMENDED ANSWER TO COMPLAINT
## AND AFFIRMATIVE DEFENSE
## OF THE DEFENDANT

1. As to Paragraphs 1, 2, 3, 6, 7, 8, 9, 10, 20, 26 and 27, the Defendant is without sufficient information upon which to form a belief and leaves the Plaintiff to their proof.

2. Paragraphs 12, 13, 14, 15, 16, 17, 18, 19, 21, 22, 23, 24, 25, 28, 29, 30, 31, 32, 33 and 34 are denied.

3. Paragraphs 4, 5, and 11 are admitted.

### FIRST AFFIRMATIVE DEFENSE:

The Defendant or its agents, without admitting or acknowledging the conduct alleged in the Complaint, did not, at any time, act with intent to defraud someone.

### SECOND AFFIRMATIVE DEFENSE:

The Plaintiff claims are barred by the equitable doctrine of equitable estoppels in that the Plaintiff was aware of the actual mileage of the vehicle and purchased the vehicle with that knowledge and cannot now complain.

THE DEFENDANTS
A BETTER WAY WHOLESALE AUTOS, INC
A BETTER WAY WHOLESALE, LLC


By:/s/ Kenneth A. Votre
   Kenneth A. Votre (ct05981)
   Votre & Associates, P.C.
   8 Frontage Road
   East Haven, CT 06512
   Phone: 203-467-7337
   Facsimile: 203-468-9808
   votrelaw@gmail.com

## CERTIFICATION OF SERVICE

I hereby certify that on July 16, 2014, the foregoing was electronically filed and served by mail on anyone unable to receive notice of electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to receive notice of electronic filing as indicated in the Notice of Electronic Filing. Parties may access this document through the Court's CM/ECF System.

/s/ Kenneth A. Votre
Kenneth A. Votre