UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALEXANDER AGREDA AND MARIA AGREDA )<br>   Plaintiffs )<br>)<br>v. )<br>)<br>A BETTER WAY WHOLESALE AUTOS, INC. )<br>AND WELLS FARGO BANK, N.A. D/B/A )<br>WELLS FARGO DEALER SERVICES )<br>   Defendant )<br>_____ ) | CIVIL ACTION NO.<br>3:14-CV-00470-JCH<br><br><br><br><br><br><br>SEPTEMBER 30, 2014 |

**NOTICE OF FILING COMPLIANCE WITH**
**PLAINTIFF'S INTERROGATORIES AND**
**REQUEST FOR PRODUCTION**

Pursuant to Connecticut Practice Book Section 13-7, the Defendant, A Better Way Wholesale Autos, Inc., has answered all of the attached interrogatories and request for production. The Plaintiff has not objected to any of the interrogatories and request for production.

THE DEFENDANT

BY   /s/ Kenneth A. Votre
   Kenneth A. Votre
   Votre & Associates, P.C.
   90 Grove Street
   Suite 209
   Ridgefield, CT 06877
   Tel: (203) 498-0065
   Fax: (203) 438-4202
   Juris No.: 422508
   votrelaw@gmail.com

## CERTIFICATION

I hereby certify that the foregoing Defendant's Responses to Plaintiffs' First Set of Interrogatories and Request for Production were served via email this 30th day of September, 2014, to all counsel and/or pro se parties of record, as follows:

Daniel S. Blinn, Esq.
Consumer Law Group, LLC
35 Cold Spring Road, Suite 512
Rocky Hill, CT 06067
dblinn@consumerlawgroup.com

David M. Bizar, Esq.
Seyfarth Shaw LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
dbizar@seyfarth.com

/s/ Kenneth A. Votre
Kenneth A. Votre