UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALEXANDER AGREDA AND MARIA AGREDA )<br>    Plaintiffs                                 )<br>                                               )<br>v.                                                     )<br>                                               )<br>A BETTER WAY WHOLESALE AUTOS, INC. )<br>AND WELLS FARGO BANK, N.A. D/B/A     )<br>WELLS FARGO DEALER SERVICES          )<br>    Defendant                                )  | CIVIL ACTION<br>3:14-CV-00470-JCH<br><br><br><br><br><br><br>JANUARY 28, 2016 |

STIPULATION OF DISMISSAL

      Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), the plaintiffs, Alexander Agreda and Maria Agreda, through their attorney, and the defendants, A Better Way Wholesale Autos, Inc. and Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer Services, through their attorneys, hereby stipulate that the plaintiffs claims shall be dismissed with prejudice and without costs or attorney's fees.

                                              PLAINTIFFS, ALEXANDER AGREDA AND
                                              MARIA AGREDA

                                              By: /s/ *Daniel S. Blinn*
                                                   Daniel S. Blinn (ct02188)
                                                   dblinn@consumerlawgroup.com
                                                 Consumer Law Group, LLC
                                                 35 Cold Spring Rd. Suite 512
                                                 Rocky Hill, CT  06067
                                                 Tel. (860) 571-0408
                                                 Fax (860) 571-7457

DEFENDANT, A BETTER WAY WHOLESALE
AUTOS, INC.


By: /s/ *Kenneth A. Votre* .
    Kenneth A. Votre (ct05981)
    votrelaw@gmail.com
    Votre & Associates, P.C.
    8 Frontage Road
    East Haven, CT 06512
    Tel:  (203) 498-0065
    Fax: (203) 468-9808


DEFENDANT, WELLS FARGO BANK, N.A.
D/B/A WELLS FARGO DEALER SERVICES


By: /s/ *David M. Bizar*
    David M. Bizar (ct20444)
    dbizar@seyfarth.com
    Seyfarth Shaw LLP
    World Trade Center East
    Two Seaport Lane, Suite 300
    Boston, MA 02110-2028
    Tel:  (617) 946-4874
    Fax: (617) 790-5368

## CERTIFICATION

     I hereby certify that on this 28th day of January, 2016, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                           /s/ *Daniel S. Blinn*
                            Daniel S. Blinn